**Continuing Abatement Order filed August 6, 2019**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-19-00378-CV**

_____

**GREG MUNGAS, Appellant**

**V.**

**ODYSSEY SPACE RESEARCH, LLC, Appellee**

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-74090**

## CONTINUING ABATEMENT ORDER

On July 31, 2019, appellee filed an agreed motion for extension of mediation deadline and requested that the abatement period be continued until August 13, 2019. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **September 5, 2019**. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM